STATE OF NEW JERSEY v. JOSEPH D. GREEN.

January 23, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. OTIS TERRELL.

January 23, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY MARROW.

January 23, 1984.

Petition for certification denied.

ROBERT OWENS v. COLONIAL WATERPROOFING CO. AND
SECOND INJURY FUND.

January 23, 1984.

Petition for certification denied.